# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**THERON SAPP,**

    **Petitioner,**

v.                                      Case No. 4:16cv317-MW/EMT

**JULIE L. JONES,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 16. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No. 14, is **GRANTED**. Petitioner's habeas petition, ECF No. 1, is

1

**DISMISSED** for lack of jurisdiction pursuant to 28 U.S.C. § 2244(b).  A certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on May 9, 2017.**

s/Mark E. Walker            
**United States District Judge**
